# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>vs.<br><br>N.S., a minor, by and through his parents ANGELA GENNINO and WAYNE SAMDAHL,<br><br>    Defendant.<br><br>N.S., a minor, by and through his parents ANGELA GENNINO and WAYNE SAMDAHL,<br><br>    Cross-Complainant,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>    Cross-Defendant. | CASE NO. 14-cv-05569-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS<br><br>*Filed concurrently with Stipulation of the Parties/Request For Order to Continue Hearing Date For Cross Dispositive Motions*<br><br>Date:    September 25, 2015<br>Time:    9:00 a.m.<br>Crtrm.:  5, 2nd Floor<br><br>The Hon. Jeffrey S. White<br><br>Trial Date:    None Set |

The parties having stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED that: Having determined that a hearing is not necessary, The hearing date for dispositive motions in this matter is ~~rescheduled and continued to~~ vacated and the motions are submitted. ~~_____, the Court's next available date to hear dispositive motions~~.

DATED: __September 18__, 2015

_____
Hon. Jeffrey S. White
Judge of the U.S. District Court

00319-00251/819140.1