1  HCI GP HTKGFOCP ( HWNHTQUV. NNR
   Ngpqtg Uknxgtocp. UDP 368334
2  silverman@f3law.com
   Fcxkf T0Okujqqm UDP 495777
3  dmishook@f3law.com
   92 Ycujkpivqp Utggv. Uwkvg 427
4  Qcmncpf. Ecnkhqtpkc ;6829
   Rjqpg<732/772/:422
5  Hcz<732/772/:433

6  Cwqtpg{u hqt QCMNCPF WPKHKGF UEJQQN
   FKUVTKEV

7

8                  **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

10

11 | QCMNCPF WPKHKGF UEJQQN FKUVTKEV.        | ECUG PQ06<36/EX/2778;/LUY *MCY z+
12 |     Rnckpvkhh.                          | **JOINT STIPULATION AND REQUEST SETTING HEARING AND BRIEFING SCHEDULE; [PROPOSED] ORDER** AS MODIFIED
13 |     xu0                                 |
14 | P0U0 c okpqt. d{ cpf yjtqwij jku rctgpvu | Vjg Jqp0Mcpfku C0Yguvoqtg
   CPIGNC IGPPKPQ cpf YC[PG                 |
15 | UCOFCJN.                                | VtkcnFcvg<           PqpeUgv
16 |     Fghgpfcpv0                          |
17 | P0U0 c okpqt. d{ cpf yjtqwij jku rctgpvu |
   CPIGNC IGPPKPQ cpf YC[PG                 |
18 | UCOFCJN.                                |
19 |     Etquu/Eqornckpcpv.                  |
20 |     xu0                                 |
21 | QCMNCPF WPKHKGF UEJQQN FKUVTKEV.        |
22 |     Etquu/Fghgpfcpv0                    |
23
24

25     Rwtuwcpv vq NqecnTwngu 8/4 cpf 9/34. Rnckpvkhh cpf Etquu/FghgpfcpvQcmncpf Wpkhkgf

26 UejqqnFkuvtkev *õQWUFö+. cpf Fghgpfcpvu cpf Etquu/Eqornckpcpvu P0U0 Cpignc Igppkpq cpf

27 Yc{pg Ucofcjn *vqigvjgtõFghgpfcpvuö+*jgtgkpchvgtõRctvkguö+jgtgd{ uvkrwncvg cpf tgswguvu

28 hqnnqyu<

                                                  6<36/EX/2778;/LUY *MCY z+
         LQKPV UVKRWNCVKQP CPF TGSWGUV UGVVKPI JGCTKPI CPF DTKGHKPI UEJGFWNG;
                                    ]RTQRQUGF_QTFGT

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

WHEREAS Defendants filed a motion for attorney's fees (Document No. 44) on November 24, 2015, with a noticed hearing before Hon. Jeffrey S. White on December 18, 2015;

WHEREAS OUSD's opposition to the motion for attorney's fees is due by December 8, 2015, and Defendants' reply due by December 15, 2015;

WHEREAS Defendants re-noticed their motion for attorney's fees to be heard before Judge White on February 26, 2016 (Docket No. 56);

WHEREAS the Parties filed a stipulation and proposed order re-setting the briefing schedule on the motion on December 4, 2015 (Docket No. 57); and

WHEREAS on December 7, 2015, Judge White ordered that Defendants' motion be referred to Hon. Kandis A. Westmore (Docket No. 58);

IT IS STIPULATED AND REQUESTED THAT hearing and briefing on Defendants' motion for attorney's fees be continued and re-set as follows:

| | |
|---|---|
| OUSD's Opposition | January 26, 2016 |
| N.S.'s Reply | February 5, 2016 |
| Hearing | February 18, 2016 |

DATED:  December 8, 2015        FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ David R. Mishook
David R. Mishook
Attorneys for OAKLAND UNIFIED SCHOOL DISTRICT

DATED:  December 8, 2015        WASHINGTON MILLER & KIM

By: /s/ Hee Kim
Hee Kim, Esq.
Attorneys for N.S.

/ / /

/ / /

1  PURSUANT TO STIPULATION, the briefing schedule is granted, but the motion shall be heard on
2  March 3, 2016.

   DATED: December 9, 2015

   _____
   Hon. Kandis A. Westmore

   00319-00251/1583164.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

3

4:14-CV-05569-JSW (KAWx)

JOINT STIPULATION AND REQUEST SETTING HEARING AND BRIEFING SCHEDULE;
[PROPOSED] ORDER