Natashe Washington (SBN 250077)
natashe@milwaki.com
Hee J. Kim (SBN 275010)
hee@milwaki.com
**MILLER WASHINGTON & KIM, LLP**
725 Washington Street, Suite 300
Oakland, California 94607
Telephone:   (510) 891-0616
Facsimile:    (510) 839-9857

Attorneys for Defendant,
N.S., a minor, by and through his parents
ANGELA GENNINO and WAYNE SAMDAHL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>N.S., a minor, by and through his parents ANGELA GENNINO and WAYNE SAMDAHL,<br><br>　　　　Defendant. | Case No.: 14-cv-05569-JSW (KAWx)<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF N.S.'S MOTION FOR ATTORNEY'S FEES <u>WITH PREJUDICE</u> AND REQUEST FOR RETENTION OF JURISDICTION FOR ENFORCEMENT OF SETTLEMENT;**<br><br>**AND**<br><br>**[PROPOSED] ORDER**  AS MODIFIED |
| AND RELATED ACTIONS | |

**TO THE COURT**:

Plaintiff and Cross-Defendant Oakland Unified School District ("OUSD"), and Defendant and Counter-Plaintiff  N.S., a minor, by and through his parents, Angela Gennino and Wayne Samdahl, hereby stipulate as follows:

1.　　WHEREAS, on November 24, 2015, N.S. filed a motion for attorney's fees (**Docket No. 44**);

*OUSD v. N.S.*　　　　　　　　　　　　　　　1　　　　　　　　　　14-cv-05569-JSW (KAWx)
**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND REQUEST FOR RETENTION OF JURISDICTION FOR ENFORCEMENT OF SETTLEMENT; AND [PROPOSED] ORDER**

2. WHEREAS, on December 11, 2015, the parties filed a joint notice of conditional settlement and request to stay proceedings (Docket No. 62), which was granted;

3. WHEREAS, the parties now have a complete settlement agreement; and

4. WHEREAS, under the terms of the agreement, OUSD shall make a settlement payment within 30 calendar days;

**THEREFORE, IT IS REQUESTED THAT**:

1. Counter-Plaintiff N.S.'s motion for attorney fees (Docket No. 44) be DISMISSED WITH PREJUDICE; and

2. This Court shall retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement. Should the parties wish to have Magistrate Judge Westmore retain jurisdiction to enforce settlement, they will have to file a notice of consent to this effect.

Dated: January 14, 2016        **MILLER WASHINGTON & KIM, LLP**

By: _____/s/_____
Natashe Washington
Attorneys for Defendant & Counter-Plaintiff,
N.S., a minor, by and through his Guardian Ad Litem, Angela Gennino

Dated: January 14, 2016        **FAGEN FRIEDMAN & FULFROST, LLP**

By: _____/s/_____
David R. Mishook
Attorneys for Plaintiff & Counter-Defendant,
OAKLAND UNIFIED SCHOOL DISTRICT

**IT IS SO ORDERED**.

Dated: January 21, 2016        _____Jeffrey S. White_____
Hon. ~~Kandis A. Westmore~~

MILLER WASHINGTON & KIM, LLP
725 WASHINGTON STREET, SUITE 300
OAKLAND, CALIFORNIA 94607
TELEPHONE: (510) 891-0616 / FACSIMILE: (510) 839-9857